# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASSANDRA STILES,

      Plaintiff

v.

                       **Case No.: 2:12-cv-62-TJS**

NCO FINANCIAL SYSTEMS, INC.

      Defendant

---

## SATISFACTION OF JUDGMENT

Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.


Dated: April 24, 2012

                    /S/ Craig Thor Kimmel
                    Craig Thor Kimmel
                    Attorney ID: 57100
                    Kimmel & Silverman, P.C.
                    30 E. Butler Pike
                    Ambler, PA 19002
                    Phone: (215) 540-8888
                    Fax: (215) 540-8817
                    Email: kimmel@creditlaw.com